# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-00816-TWR |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING GOVERNMENT MOTION TO DISMISS AND JUDGMENT THEREON** |
| CARLOS ANTONIO HERNANDEZ | |
| Defendant | The Honorable Todd W. Robinson |

For good cause shown, IT IS HEREBY ORDERED THAT:

The United States' Motion to Dismiss the Indictment, ECF No. 1, without prejudice, in the interests of justice is GRANTED.

SO ORDERED AND ADJUDGED.

Dated: 6/4/2021

THE HONORABLE TODD W. ROBINSON
United States District Judge